JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SALVADOR ORTIZ LOPEZ and IRMA ORTIZ<br><br>Plaintiffs,<br><br>v.<br><br>TOWN OF APPLE VALLEY, et al.,<br><br>Defendants. | Case No. EDCV 17-2517 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendant Town of Apple Valley is GRANTED. Plaintiffs Salvador Ortiz Lopez and Irma Ortiz's complaint against Defendant is DISMISSED with prejudice.

Judgment is entered in favor of Defendant.

Dated: October 31, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge